**Order entered March 17, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01411-CR

**TRACY SWIMS, JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1330583-N**

## ORDER

The State's motion to extend the time to file its response brief is **GRANTED** and the

brief received on February 25, 2015 is **ORDERED** filed.

/Ada Brown/
ADA BROWN
JUSTICE